# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00611-CV

**United Central Control, Inc., Appellant**

**v.**

**Duncan & Boyd Jewelers of Austin, LLC; Valley Forge Ins. Co. as Subrogee of D&B; and Hanover Insurance Co., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-10-002669, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: October 17, 2013